**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 12-cr-00339-WJM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.      **OLUWADAMILOLA BABALOLA**,

        Defendant.

---

**ORDER TO EXTEND SUPERVISION WITH CONSENT OF OFFENDER**

---

THIS MATTER is before the Court on report of the probation officer that the defendant has not satisfied his court-ordered financial obligations in this case. The defendant has agreed to an extension of his term of probation for one (1) year or until the court-ordered obligations are paid in full. Accordingly, it is

ORDERED that the defendant's term of probation is extended by one (1) year or until his court-ordered obligations are paid in full.

Dated this 25th day of February, 2015.

                                            BY THE COURT:

                                            William J. Martínez
                                            United States District Judge